618

472 A.2d 257

Commonwealth v. Blackwell, Appellant.

Submitted October 7, 1983. Marlene S. Cooperman, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Judgment of sentence affirmed.

472 A.2d 258

Commonwealth v. Cole, Appellant.

Submitted October 21, 1983. Michael H. Van-Buskirk, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

Affirmed.